# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JIMMY LARA LOPEZ,**

CASE NO: **1:10–CV–00690–JLT**

v.

**ON HABEAS CORPUS,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/29/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **July 29, 2010**

by: /s/ C. Marrujo
Deputy Clerk